UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSE MICHAEL WAYNE JACKSON, also known as Artemis Adams Anderson Andersen,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>DONALD J. TRUMP; MAGA LLC; PROUDBOYS; OATHKEEPERS,<br><br>　　　　　　　　　　Defendants. | 24cv1433 (LTS)<br><br>CIVIL JUDGMENT |

　　　　For the reasons stated in the October 21, 2024, order, this action is dismissed. Plaintiff's complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).  SO ORDERED.

Dated:　October 25, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge